UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JORGE GABIEL ESPINOZA-
VALLECIL,

          Plaintiff,

v.

AARON R. DUNGY, et al.,

          Defendants.

_____/

Case No. 1:25-cv-1622

Honorable Phillip J. Green

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's motion for immediate release (ECF No. 2) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915A and 42 U.S.C. § 1997e(c).

Dated:  March 11, 2026

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge